

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/22/2014 02:00 PM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:14-bk-03572-KSJ | 7 | 03/28/2014 |

**Chapter 7**

**DEBTOR:**    Jose Gotera Jewelry, Inc

**DEBTOR ATTY:**    Francisco Gonzalez

**TRUSTEE:**    Robert Thomas

**HEARING:**

Motion to Extend Time to File Objections to Discharge and Adversarial Proceedings Filed by Creditor Kaloti Metals & Logistics LLC (Doc #27)
.

**APPEARANCES::**

Isabel Freeman (Debtor)
Regina Campbell-Tamburello (Kaloti Metals)

**RULING:**

Motion to Extend Time to File Objections to Discharge and Adversarial Proceedings Filed by Creditor Kaloti Metals & Logistics LLC   (Doc #27):   Denied.   Order by Court

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.